*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.<br><br>　　　　　　　　　　　Plaintiff,<br>　　　v.<br>MILLENNIUM IMPORT LLC<br><br>　　　　　　　　　　　Defendant. | CASE NO. CV  C 05 4625 JW HRL<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

## I.   ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

　　☐ Non-binding

　　☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☐ Mediation

**Private ADR process:**

[X] Type of Process:   **Private Mediation**

Name, address and phone number of private provider:

The parties intend to use a mutually agreeable neutral from JAMS or comparable private provider to conduct a mediation after necessary discovery is completed.

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

☐ **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐ **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

The parties agree that due to the nature of this trademark and contract action, substantial additional discovery (including depositions of multiple party-affiliated and third-party witnesses and additional document and written discovery) must be completed before it will be possible to conduct a meaningful mediation. The parties will schedule a mediation to take place upon completion of required pre-mediation discovery.

Dated: April 28, 2006                                    Dated: April 28, 2006

_____                         _____
Plaintiff                                                Defendant
By: Erik Paul Belt of Bromberg & Sunstein LLP            By: James H. Berry, Jr. of Berry & Perkins APC

IT IS SO ORDERED.

Dated: 05/03/06

_____
James Ware
United States District Judge