*Appearing Pro Hac Vice:*
ERIK PAUL BELT
MAUREEN K. TOOHEY (State Bar # 196401)
PETER J. KAROL
REBECCA L. HANOVICE
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004
Email:  ktimbers@bromsun.com
           ebelt@bromsun.com
           pkarol@bromsun.com
           rhanovice@bromsun.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
CLINTON L. TODD (State Bar #218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:     (415) 391-4800
Facsimile:      (415) 989-1663
Email:  hslavitt@coblentzlaw.com
           rcohen@coblentzlaw.com

Attorneys for Plaintiff
HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

*E-filed 10/26/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM IMPORT LLC,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | **CASE NO.:  C 05-4625 JW HRL**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY**<br><br>Date: November 7, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 2<br>Judge: Hon. Howard R. Lloyd<br><br>Action Filed:  November 10, 2005<br>Trial Date:  No Trial Date Set |

CASE NO. C 05-4625 JW HRL

12309.001.494171v1

**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY**

1  With good cause appearing therefore, Plaintiff's Request To Appear Telephonically At The
2  Hearing On Plaintiff's Motion For An Order Compelling Discovery is GRANTED, and the following
3  counsel are permitted to appear telephonically at the November 7, 2006 hearing:

4  - Erik Paul Belt; and
5  - Maureen K. Toohey.

6  IT IS SO ORDERED.

8  Dated: _ October 26,  2006

   _____
   Hon. Howard R. Lloyd
   Judge, United States District Court

12309.001.494171v1

1                                                               CASE NO. C 05-4625 JW HRL
**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION
FOR AN ORDER COMPELLING DISCOVERY**