James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:     (310) 557-8989
Facsimile:      (310) 788-0080
E-Mail:  jberry@berryperkins.com
E-Mail:  klussier@berryperkins.com
E-Mail:  ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MILLENNIUM IMPORT LLC,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL<br><br>**STIPULATION EXTENDING DATES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY; ORDER [P~~ROPOSED~~] THEREON**<br><br>Judge:    Hon. James Ware<br>Action Filed: November 10, 2005<br>Trial Date:  No Trial Date Set |

1  Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. and defendant
2  Millennium Import LLC, by and through their respective counsel of record, enter into the stipulation
3  set forth below in recognition of the following:
4      A.    The Court's Scheduling Order dated May 23, 2006, provides that initial disclosures
5  and reports as to proposed expert witness testimony be lodged and served by November 17, 2006,
6  and that required disclosures concerning rebuttal expert witnesses be lodged and served no later than
7  December 1, 2006.
8      B.    Certain discovery issues concerning information that may relate to expert testimony
9  have been submitted by motion to Magistrate Judge Howard R. Lloyd as of November 7, 2006.  The
10 parties anticipate that the results of that submission may affect discovery related to materials
11 proposed to be provided to expert witnesses.  In addition, the schedule presently set requires
12 preparation of rebuttal expert reports and materials within a brief two week period that spans the
13 Thanksgiving holiday.  The parties desire to provide additional time for orderly preparation and
14 exchange of initial and rebuttal expert reports and disclosures.
15     C.    The parties request that the Court approve the extension of the date for initial expert
16 reports and disclosures from November 17 to December 9, 2006, and the extension of the date for
17 rebuttal expert disclosures and reports from December 1, 2006, to January 12, 2007.
18     D.    The parties further request that the Court permit the period for discovery as to experts
19 to be set as ending on February 9, 2007.
20     E.    No previous request for extension of the foregoing dates has been made or granted.
21 The proposed extensions will not affect the case schedule, including the date for hearing dispositive
22 motions, and preliminary pretrial and trial setting conference, which the parties do not seek to
23 change by this Stipulation.
24 ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
25     1.    The due date for initial expert reports and disclosures is hereby extended from
26 November 17, 2006 to December 8, 2006, and the due date for rebuttal expert reports and

BERRY & PERKINS
A PROFESSIONAL CORPORATION

12309.001.508303v1

1

**STIPULATION EXTENDING DATES FOR ~~EXPERT~~ DISCLOSURES AND
EXPERT DISCOVERY; ORDER [~~PROPOSED~~] THEREON**

1  disclosures is hereby extended from December 1, 2006, to January 12, 2007.  The period for

2  completion of discovery as to expert witnesses shall end on February 9, 2007.

3  DATED:  November 8, 2006                      Respectfully submitted,

    REED SMITH LLP
    Peter D. Raymond, Esq.
    (*Pro Hac Vice*)

    BERRY & PERKINS
    A Professional Corporation
    James H. Berry, Jr.
    Kevin R. Lussier

    By: /s/ *James H. Berry, Jr.*
    James H. Berry, Jr.
    Attorneys for Defendant and
    Counterclaimant
    MILLENNIUM IMPORT LLC

12  DATED:  November 8, 2006                      HAMBRECHT WINE GROUP, L.P. d/b/a
    BELVEDERE WINERY, L.P.
    *By its Attorneys, Appearing Pro Hac Vice*,

    BROMBERG & SUNSTEIN LLP


    /s/ *Erik Paul Belt*
    Erik Paul Belt
    Maureen K. Toohey (State Bar # 196401)
    Peter J. Karol
    Rebecca L. Hanovice
    BROMBERG & SUNSTEIN LLP
    125 Summer Street
    Boston, MA 02110
    Tel.: (617) 443-9292
    Fax:  (617) 443-0004
    E-mail: ebelt@bromsun.com

    *Co-Counsel*
    Howard A. Slavitt (State Bar #172840)
    Rachel G. Cohen (State Bar # 218929)
    COBLENTZ, PATCH, DUFFY & BASS, LLP
    One Ferry Building , Suite 200
    San Francisco, California 94111-4213
    Tel.: (415) 391-4800
    Fax:  (415) 989-1663
    E-mail: hslavitt@coblentzlaw.com

BERRY & PERKINS
A PROFESSIONAL CORPORATION

12309.001.508303v1

**ORDER**

The Court having reviewed the foregoing Stipulation, and good causing appearing therefor,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __November 14_, 2006



HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

BERRY & PERKINS
A PROFESSIONAL CORPORATION

12309.001.508303v1

3

**STIPULATION EXTENDING DATES FOR EXPERT DISCLOSURES AND
EXPERT DISCOVERY; ORDER [PROPOSED] THEREON**