1  *Appearing Pro Hac Vice:*
   ERIK PAUL BELT
2  MAUREEN K. TOOHEY (State Bar # 196401)
   PETER J. KAROL
3  REBECCA L. HANOVICE
   BROMBERG & SUNSTEIN LLP
4  125 Summer Street
   Boston, MA  02110
5  Telephone:  (617) 443-9292
   Facsimile:  (617) 443-0004
6  Email:  ktimbers@bromsun.com
           ebelt@bromsun.com
7          pkarol@bromsun.com
           rhanovice@bromsun.com
8
   *Co-Counsel:*
9  HOWARD A. SLAVITT (State Bar #172840)
   RACHEL G. COHEN (State Bar #218929)
10 COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
11 San Francisco, California 94111-4213
   Telephone:    (415) 391-4800
12 Facsimile:    (415) 989-1663
   Email:  hslavitt@coblentzlaw.com
13         rcohen@coblentzlaw.com

14 Attorneys for Plaintiff
   HAMBRECHT WINE GROUP, L.P. d/b/a
15 BELVEDERE WINERY, L.P.



IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., | CASE NO.:  C 05-4625 JW HRL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION SETTING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| MILLENNIUM IMPORT LLC, | |
| Defendant. | |
| AND RELATED CROSS-ACTION | [CIV. LOCAL RULE 7-7(b)] |
| | Action Filed: November 10, 2005<br>Trial Date: No Trial Date Set |

*(Left margin:)* COBLENTZ, PATCH, DUFFY & BASS LLP · ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213 · (415) 391-4800 · FAX (415) 989-1663

12309.001.528208v2

CASE NO. C 05-4625 JW HRL

[PROPOSED] ORDER AND STIPULATION SETTING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. ("Belvedere Winery") and defendant Millennium Import LLC ("Millennium"), by and through their respective counsel of record, enter into the stipulation set forth below in recognition of the following:

A. Millennium's motion for summary judgment, filed on December 1, 2006, is scheduled to be heard on January 8, 2006. Belvedere Winery's filed its opposition to Millennium's motion on December 18, 2006.

B. Belvedere is preparing a cross-motion for summary judgment that it believes involves substantially the same legal issues and the same evidence as Millennium's motion.

C. In the interests of efficiency, the parties wish to continue the hearing date of Millennium's motion to February 12, 2007, and have both motions heard on that date.

D. The parties have not previously stipulated to continue the hearing date on Millennium's motion for summary judgment and the Court did not specially set the hearing date on Millennium's motion.

E. The parties have also reached agreement on a briefing schedule that will result in certain of their motion papers being filed <u>earlier</u> than otherwise required under the local rules.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on Millennium's motion for summary judgment shall be continued to February 12, 2006 at 9:00 a.m., and Belvedere Winery's motion shall also be noticed for and heard on that date and time.

2. Belvedere Winery shall file the moving papers in support of its motion for summary judgment on Thursday, January 4, 2007. It shall serve Millennium's counsel in two manners (a) by emailing a .pdf copy of the unredacted papers to Millennium's counsel by 5:00 p.m. on January 4, and (b) by also sending him a copy on January 4 via a next day delivery service.

3. Millennium shall file and serve its opposition papers to Belvedere Winery's summary judgment motion by January 22, 2007.

4. Millennium shall file and serve its reply papers in support of its summary judgment motion by January 24, 2007.

12309.001.5282008v2

1

CASE NO. C 05-4625 JW HRL

[PROPOSED] ORDER AND STIPULATION SETTING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT

5.  Belvedere Winery shall file and serve its reply papers in support of its summary judgment motion by January 29, 2007.

It is so STIPULATED.

DATED:  December 20, 2006

Respectfully submitted,

HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.
*By its Attorneys, Appearing Pro Hac Vice,*

BROMBERG & SUNSTEIN LLP

/s/ *Erik Paul Belt*
Erik Paul Belt
Maureen K. Toohey (State Bar # 196401)
Peter J. Karol
Rebecca L. Hanovice
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel.: (617) 443-9292
Fax: (617) 443-0004
E-mail: ebelt@bromsun.com

*Co-Counsel*
Howard A. Slavitt (State Bar #172840)
Rachel G. Cohen (State Bar # 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Tel.: (415) 391-4800
Fax: (415) 989-1663
E-mail: hslavitt@coblentzlaw.com

DATED:  December 20, 2006

Respectfully submitted,

REED SMITH LLP
Peter D. Raymond, Esq.
(*Pro Hac Vice*)

BERRY & PERKINS
A Professional Corporation
James H. Berry, Jr.
Kevin R. Lussier

By:  /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant and Counterclaimant
MILLENNIUM IMPORT LLC

2

CASE NO. C 05-4625 JW HRL
[PROPOSED] ORDER AND STIPULATION SETTING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT

## Order

Good cause appearing for the above stipulation, it is so ORDERED, and the hearing on both Millennium's and Belvedere Winery's motions for summary judgment shall be on Monday, February 12, 2007 at 9:00 a.m.

Dated: December 27, 2006

_____
THE HONORABLE JAMES WARE
Judge, United States District Court

3

CASE NO. C 05-4625 JW HRL

[PROPOSED] ORDER AND STIPULATION SETTING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT