IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hambrecht Wine Group, L.P., | NO. C 05-04625 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON MOTIONS** |
| v. | |
| Millennium Import LLC, et al., | |
| Defendants. | |

On the Court's own motion, the hearing on motions currently set for February 12, 2007 is continued to **February 26, 2007 at 9 a.m.** to coincide with Defendant's motion to exclude expert opinions of L. Lyons and R. Goldscheider. The motions currently set for February 12, 2007 are:

1. Cross Motions for Summary Judgment
2. Plaintiff's Motion to Exclude Expert Opinion of Weston Anson

Dated: January 29, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clinton Lynn Todd ctodd@coblentzlaw.com
Erik Paul Belt ebelt@bromsun.com
Howard A. Slavitt EfilingHAS@cpdb.com
James H. Berry jberry@berryperkins.com
Kerry L. Timbers ktimbers@bromsun.com
Kevin Richard Lussier klussier@berryperkins.com
Peter Jeffrey Karol pkarol@bromsun.com
Rachel Georgia Cohen rgc@cpdb.com
Rebecca Lea Hanovice rhanovice@bromsun.com

**Dated: January 29, 2007**                               **Richard W. Wieking, Clerk**

                                                                                 **By:  /s/ JW Chambers**
                                                                                          **Elizabeth Garcia**
                                                                                          **Courtroom Deputy**