James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California 90067-3134
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
E-Mail: jberry@berryperkins.com
E-Mail: klussier@berryperkins.com
E-Mail: ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br> Defendant. <br><br>——————————————————— <br><br> AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL <br><br> [~~PROPOSED~~] ORDER AND STIPULATION RE-SETTING HEARING DATES FOR (i) PLAINTIFF'S AND DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT, (ii) PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINION OF WESTON ANSON, AND (iii) DEFENDANT'S MOTION TO EXCLUDE EXPERT OPINIONS OF LEONARD LYONS AND ROBERT GOLDSCHEIDER <br><br> [LOCAL RULE 7-7(b)] <br><br> Old Date:  February 26, 2007 <br> New Date:  March 5, 2007 |

12309.001.552869v1                                          1                             Case No.  C 05-4625 JW HRL

[~~PROPOSED~~] ORDER AND STIPULATION RE-SETTING HEARING DATES ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS

1    Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. ("Belvedere Winery") and defendant Millennium Import LLC ("Millennium"), by and through their respective counsel of record, enter into the stipulation set forth below in recognition of the following:

A.   By order of January 29, 2007, the Court on its own motion continued the hearing on the parties' Cross Motions for Summary Judgment and Plaintiff's Motion to Exclude Expert Opinion of Weston Anson from February 12, 2007, to February 26, 2007, at 9:00 a.m., in order to coincide with the hearing on February 26, 2007, on Defendant's Motion to Exclude Expert Opinions of Leonard Lyons and Robert Goldscheider.

B.   Plaintiff's counsel has a schedule conflict on February 26, 2007, that will prevent him from attending and participating in the hearing on the above-described motions on February 26, 2007.

C.   In order to accommodate Plaintiff's counsel's schedule conflict, the parties wish to continue the hearing date of (i) the parties' Cross-Motions for Summary Judgment, (ii) Plaintiff's Motion to Exclude Expert Opinion of Weston Anson, and (iii) Defendant's Motion to Exclude Expert Opinions of Leonard Lyons and Robert Goldscheider, from February 26, 2007, to March 5, 2007, at 9:00 a.m.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

The hearing on the parties' Cross-Motions for Summary Judgment, Plaintiff's Motion to Exclude Expert Opinion of Weston Anson, and Defendant's Motion to Exclude Expert Opinions

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

12309.001.552869v1                2                Case No. C 05-4625 JW HRL

[PROPOSED] ORDER AND STIPULATION RE-SETTING HEARING DATES ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS

1  of Leonard Lyons and Robert Goldscheider shall be continued from February 26, 2007, to March
2  5, 2007, at 9:00 a.m.
3       It is so STIPULATED.

4  DATED:  January 31, 2007          Respectfully submitted,

REED SMITH LLP
Peter D. Raymond, Esq.
(*Pro Hac Vice*)

BERRY & PERKINS
A Professional Corporation
James H. Berry, Jr.
Kevin R. Lussier

By: **/s/James H. Berry, Jr.**
    James H. Berry, Jr.
    Attorneys for Defendant and
    Counterclaimant
    MILLENNIUM IMPORT LLC

DATED:  January 31, 2007          Respectfully submitted,

HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.
*By its Attorneys, Appearing Pro Hac Vice,*

BROMBERG & SUNSTEIN LLP

By:  **/s/Erik Paul Belt**
    Erik Paul Belt
Maureen K. Toohey (State Bar #196401)
Peter J. Karol
Rebecca L. Hanovice
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel.: (617) 443-9292
Fax: (617) 443-0004
E-mail: ebelt@bromsun.com

*Co-Counsel*
Howard A. Slavitt (State Bar #172840)
Rachel G. Cohen (State Bar #218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel.: (415) 391-4800
Fax: (415) 989-1663
E-mail: hslavitt@coblentzlaw.com

12309.001.552869v1      3      Case No.  C 05-4625 JW HRL

[~~PROPOSED~~] ORDER AND STIPULATION RE-SETTING HEARING DATES ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS

## ORDER

Good cause appearing for the above stipulation, it is so ORDERED, and the hearings on the parties' Cross-Motions for Summary Judgment, Plaintiff's Motion to Exclude Expert Opinion of Weston Anson, and Defendant's Motion to Exclude Expert Opinions of Leonard Lyons and Robert Goldscheider shall be continued from February 26, 2007, to March 5, 2007, at 9:00 a.m. Opposition and reply papers concerning Defendant's Motion to Exclude the Expert Opinions of Leonard Lyons and Robert Goldscheider shall be filed and served no later than the deadlines set forth in local rules 7-3, counting from the continued hearing date of March 5, 2007.

DATED: 2/1/2007

_____
THE HONORABLE JAMES WARE
United States District Judge

12309.001.552869v1    4    Case No. C 05-4625 JW HRL

[PROPOSED] ORDER AND STIPULATION RE-SETTING HEARING DATES ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS