*Appearing Pro Hac Vice:*
ERIK PAUL BELT
MAUREEN K. TOOHEY (State Bar # 196401)
PETER J. KAROL
REBECCA L. HANOVICE
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
CLINTON L. TODD (State Bar #218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   (415) 391-4800
Facsimile:   (415) 989-1663
Email: hslavitt@coblentzlaw.com
         rcohen@coblentzlaw.com

Attorneys for Plaintiff
HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br>  Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br>   Defendant. <br><br> AND RELATED CROSS-ACTION | **CASE NO.:  C 05-4625 JW HRL** <br><br> **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> **[CIV. LOCAL RULES 7-11, 79-5]** <br><br> Date:  February 12, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 8 <br> Judge: Hon. James Ware <br><br> Action Filed:  November 10, 2005 <br> Trial Date:  No Trial Date Set |

CASE NO. C 05-4625 JW HRL

In conjunction with Plaintiff Hambrecht Wine Group, L.P., d/b/a Belvedere Winery, L.P.'s ("Plaintiff" or "Belvedere Winery") Reply in Support of its Cross-Motion For Summary Judgment and Reply in Support of its Motion to Exclude Expert Report of Weston Anson, Belvedere Winery file a Motion for Administrative Relief To File Documents Under Seal ("Motion") with respect to certain documents and deposition testimony designated "confidential" pursuant to the Stipulated Protective Order in this case. Based upon this Motion and all papers submitted in support, and good cause appearing therefore, Belvedere Winery's Motion for Administrative Relief to File Documents Under Seal is GRANTED with respect to the following documents:

1. Certain portions of Plaintiff's Reply in Support of its Cross-Motion for Summary Judgment, filed concurrently;

2. Certain portions of Plaintiff's Reply in Support of its Motion to Exclude Expert Opinion of Weston Anson, filed concurrently;

3. Deposition of F. Stephen Gill, January 18, 2007, pages 70, 73-77, 79-80, 86-87, 90-91 and 133, attached as Exhibit 68 to Belvedere Winery's Supplemental Appendix of Exhibits and Testimony ("Supp. Appendix"); and

4. Deposition of Edward J. Phillips, January 18, 2007, pages 17 and 19-21, attached as Exhibit 69 to the Supp. Appendix.

IT IS SO ORDERED.

Dated: __2/12__ 2007

*/s/ James Ware*
Hon. James Ware
United States District Judge for the
Northern District of California

---

CASE NO. C 05-4625 JW HRL

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL