James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:      (310) 557-8989
Facsimile:       (310) 788-0080
E-Mail:  jberry@berryperkins.com
E-Mail:  klussier@berryperkins.com
E-Mail:  ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM IMPORT LLC,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL<br><br>[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT AND COUNTERCLAIMANT MILLENNIUM IMPORT LLC FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL REGARDING MILLENNIUM'S MOTION TO EXCLUDE EXPERT OPINIONS OF LEONARD H. LYONS AND ROBERT GOLDSCHEIDER<br><br>[CIV. LOCAL RULES 7-11, 79-5]<br><br>Date:    February 26, 2007<br>Time:   9:00 a.m.<br>Place:   Courtroom 8<br>Judge:   Hon. James Ware |

BERRY & PERKINS
A PROFESSIONAL CORPORATION

1   The Court, having reviewed Defendant and Counterclaimant Millennium Import LLC's

2   ("Millennium") Motion for Administrative Relief to File Documents under Seal Regarding

3   Millennium's Motion to Exclude the Expert Opinions of Leonard H. Lyons and Robert

4   Goldscheider, and all papers submitted in support thereof, GRANTS Millennium's Motion. The

5   reports of Mr. Lyons and Mr. Goldscheider shall be filed under seal.

7   DATED:_____2/13_____, 2007       _____/s/ James Ware_____
8                                              Hon. James Ware
                                               United States District Judge for the
9                                              Northern District of California

- 1 -
[PROPOSED] ORDER GRANTING MILLENNIUM'S MTN FOR ADMIN. RELIEF TO FILE DOCS
UNDER SEAL RE MOTION TO EXCLUDE LYONS AND GOLDSCHEIDER C 05-4625 JW HRL