James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:      (310) 557-8989
Facsimile:       (310) 788-0080
E-Mail:  jberry@berryperkins.com
E-Mail:  klussier@berryperkins.com
E-Mail:  ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION OF DEFENDANT AND COUNTERCLAIMANT MILLENNIUM IMPORT LLC FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL RE MILLENNIUM'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT <br><br> [CIV. LOCAL RULES 7-11, 79-5] <br><br> Date:    February 12, 2007 <br> Time:    9:00 a.m. <br> Place:   Courtroom 8 <br> Judge:   Hon. James Ware |

C 05-4625 JW HRL

**[~~PROPOSED~~] ORDER GRANTING MILLENNIUM'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL RE OPPOSITION TO PLTF'S CROSS-MSJ**

The Court, having reviewed Defendant and Counterclaimant Millennium Import LLC's ("Millennium") Motion for Administrative Relief to File Documents under Seal Regarding Millennium's Opposition to Plaintiff Hambrecht Wine Group, L.P. d/b/a BELVEDERE WINERY, L.P.'s ("Plaintiff") Cross-Motion for Summary Judgment, and all papers submitted in support thereof, GRANTS Millennium's Motion. The following portions of Millennium's papers submitted in Opposition to Plaintiff's Cross-Motion for Summary Judgment, and documents, portions of documents and deposition testimony referenced therein or attached thereto, shall be filed under seal:

- Deposition of Robert Hambrecht, pages 98, 99, 100, 122 and 123, attached as Tab 29 to the Declaration of James H. Berry, Jr. in support of Millennium's Opposition ("Berry Decl.");
- Document bates numbered BELWIN 020166 and marked as Exhibit 4 to the Rule 30(b)(6) of Plaintiff through designee William Hambrecht, attached as Tab 30 to the Berry Decl.;
- Documents bates numbered WRH 001634 – WRH001639 and marked as Exhibit 102 to the Deposition of Robert Hambrecht, attached as Tab 31 to the Berry Decl.;
- Document bates numbered BELWIN 023110 and marked as Exhibit 93 to the Deposition of Elissa Hambrecht, attached as Tab 35 to the Berry Decl.;
- Deposition of William Hambrecht, pages 101 and 102, attached as Tab 36;
- Rule 30(b)(6) Deposition of Plaintiff through designee William Hambrecht page 206, attached as Tab 39 to the Berry Decl.; and
- certain portions of Millennium's Opposition brief to Plaintiff's Cross-Motion for Summary Judgment.

DATED: _____Feb. 13_____, 2007

_____
Hon. James Ware
United States District Judge for the
Northern District of California

- 1 -   C 05-4625 JW HRL

[PROPOSED] ORDER GRANTING MILLENNIUM'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL RE OPPOSITION TO PLTF'S CROSS-MSJ