James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:    (310) 557-8989
Facsimile:     (310) 788-0080
E-Mail: jberry@berryperkins.com
E-Mail: klussier@berryperkins.com
E-Mail: ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

*E-filed 2/16/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br>     Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br>     Defendant. <br><br> AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL <br><br> [~~PROPOSED~~] ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY <br><br> [LOCAL RULE 7-7] <br><br> Old Date:  March 13, 2007 <br> New Date: March 20, 2007 |

- 1 -      **C 05-4625 JW HRL**

**[~~PROPOSED~~] ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY**

1   Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. ("Plaintiff") and
2 defendant Millennium Import LLC ("Millennium"), by and through their respective counsel of
3 record, enter into the stipulation set forth below in recognition of the following:
4   A.   On or about January 30, 2007, Plaintiff filed a Second Motion for An Order
5 Compelling Discovery ("Motion") which is currently scheduled to be heard on March 13, 2007 at
6 10:00 a.m. by Judge Howard R. Lloyd.
7   B.   The parties have continued to meet and confer regarding the issues raised by
8 Plaintiff in its Motion, and believe that the dispute may be resolved or narrowed by continued
9 meet and confer efforts.
10   ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
11   The hearing on the Plaintiff's Second Motion for an Order Compelling Discovery shall be
12 continued from March 13, 2007, to March 20, 2007, at 10:00 a.m.
13   It is so STIPULATED.

14  DATED:  February 15, 2007                    Respectfully submitted,

15                                               REED SMITH LLP
                                                 Peter D. Raymond, Esq.
16                                               (*Pro Hac Vice*)

17                                               BERRY & PERKINS
                                                 A Professional Corporation
18                                               James H. Berry, Jr.
                                                 Kevin R. Lussier
19
                                                 By:  **/s/James H. Berry, Jr.**
20                                                    James H. Berry, Jr.
                                                      Attorneys for Defendant and
21                                                    Counterclaimant
                                                      MILLENNIUM IMPORT LLC

- 2 -   **C 05-4625 JW HRL**

**[PROPOSED] ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S
SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY**

| | | |
|---|---|---|
| 1 | DATED:  February 15, 2007 | Respectfully submitted, |
| 2 | | HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P. |
| 3 | | *By its Attorneys, Appearing Pro Hac Vice,* |
| 4 | | BROMBERG & SUNSTEIN LLP |
| 5 | |   By:  **/s/Erik Paul Belt**           |
| | | Erik Paul Belt |
| 6 | | Maureen K. Toohey (State Bar #196401) |
| | | Peter J. Karol |
| 7 | | Rebecca L. Hanovice |
| | | BROMBERG & SUNSTEIN LLP |
| 8 | | 125 Summer Street |
| | | Boston, MA 02110 |
| 9 | | Tel.: (617) 443-9292 |
| | | Fax: (617) 443-0004 |
| 10 | | E-mail: ebelt@bromsun.com |
| 11 | | *Co-Counsel* |
| | | Howard A. Slavitt (State Bar #172840) |
| 12 | | Rachel G. Cohen (State Bar #218929) |
| | | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| 13 | | One Ferry Building, Suite 200 |
| 14 | | San Francisco, CA 94111-4213 |
| | | Tel.: (415) 391-4800 |
| 15 | | Fax: (415) 989-1663 |
| | | E-mail: hslavitt@coblentzlaw.com |

BERRY & PERKINS
A PROFESSIONAL CORPORATION

- 3 -                                                    **C 05-4625 JW HRL**

**[PROPOSED] ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY**

# ORDER

Good cause appearing for the above stipulation, it is so ORDERED, and the hearing on Plaintiff's Second Motion for an Order Compelling Discovery shall be continued from March 13, 2007, to March 20, 2007, at 10:00 a.m.  Opposition and reply papers concerning Plaintiff's Second Motion for an Order Compelling Discovery is filed and served no later than the deadlines set forth in local rules 7-3, counting from the continued hearing date of March 20, 2007.

DATED: 2/16/07                                    _____
                                                  THE HONORABLE HAROLD R. LLOYD
                                                  United States Magistrate Judge

- 4 -    **C 05-4625 JW HRL**

**[PROPOSED] ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY**