James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California 90067-3134
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080
E-Mail:  jberry@berryperkins.com
E-Mail:  klussier@berryperkins.com
E-Mail:  ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

*E-filed 3/15/07*

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br> Defendant. <br> _____ <br><br> AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL <br><br> [ XXXXXXXXXX ] **ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY** <br><br> [LOCAL RULE 7-7] <br><br> Old Date:   March 20, 2007 <br> New Date:  March 27, 2007 |

- 1 -                                                                                                       C 05-4625 JW HRL

Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. ("Plaintiff") and defendant Millennium Import LLC ("Millennium"), by and through their respective counsel of record, enter into the stipulation set forth below in recognition of the following:

A.   On or about January 30, 2007, Plaintiff filed a Second Motion for An Order Compelling Discovery ("Motion") which was originally scheduled to be heard on March 13, 2007. The parties previously stipulated, and this Court ordered, that the hearing on the Motion be continued to March 20, 2007 at 10:00 a.m. to permit the parties to continue their meet and confer efforts.

B.   The parties have continued to meet and confer regarding the issues raised by Plaintiff in its Motion, have resolved certain issues, and believe that the dispute may be resolved or further narrowed by continued meet and confer efforts.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

The hearing on the Plaintiff's Second Motion for an Order Compelling Discovery shall be continued from March 20, 2007, to March 27, 2007, at 10:00 a.m. Additionally, the parties shall file a joint report no later than March 21, 2007 to inform the Court whether the Motion may be withdrawn or, if the Motion is to remain on calendar, what issues remain to be resolved by the Motion.

It is so STIPULATED.

DATED: March 14, 2007

Respectfully submitted,

REED SMITH LLP
Peter D. Raymond, Esq.
(*Pro Hac Vice*)

BERRY & PERKINS
A Professional Corporation
James H. Berry, Jr.
Kevin R. Lussier

By: **/s/James H. Berry, Jr.**
James H. Berry, Jr.
Attorneys for Defendant and
Counterclaimant
MILLENNIUM IMPORT LLC

| | | |
|---|---|---|
| 1 | DATED: March 14, 2007 | Respectfully submitted, |
| 2 | | HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P. |
| 3 | | *By its Attorneys, Appearing Pro Hac Vice,* |
| 4 | | BROMBERG & SUNSTEIN LLP |
| 5 | | By:  **/s/Erik Paul Belt** |
| | | Erik Paul Belt |
| 6 | | Maureen K. Toohey (State Bar #196401) |
| | | Peter J. Karol |
| 7 | | Rebecca L. Hanovice |
| | | BROMBERG & SUNSTEIN LLP |
| 8 | | 125 Summer Street |
| | | Boston, MA 02110 |
| 9 | | Tel.: (617) 443-9292 |
| | | Fax: (617) 443-0004 |
| 10 | | E-mail: ebelt@bromsun.com |
| 11 | | *Co-Counsel* |
| | | Howard A. Slavitt (State Bar #172840) |
| 12 | | Rachel G. Cohen (State Bar #218929) |
| | | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| 13 | | One Ferry Building, Suite 200 |
| 14 | | San Francisco, CA 94111-4213 |
| | | Tel.: (415) 391-4800 |
| 15 | | Fax: (415) 989-1663 |
| | | E-mail: hslavitt@coblentzlaw.com |

BERRY & PERKINS
A PROFESSIONAL CORPORATION

- 3 -

C 05-4625 JW HRL

XXXXXXXXX | ORDER AND STIPULATION RE-SETTING HEARING DATE ON PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY

## ORDER

Good cause appearing for the above stipulation, it is so ORDERED, and the hearing on Plaintiff's Second Motion for an Order Compelling Discovery shall be continued from March 20, 2007, to March 27, 2007, at 10:00 a.m. The parties shall file a joint report no later than March 21, 2007 to inform the Court whether the Motion may be withdrawn or, if the Motion is to remain on calendar, what issues remain to be resolved by the Motion.

DATED: March 15, 2007

_____
THE HONORABLE HOWARD . LLOYD
United States Magistrate Judge