James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:   (310) 557-8989
Facsimile:   (310) 788-0080
E-Mail: jberry@berryperkins.com
E-Mail: klussier@berryperkins.com
E-Mail: ecervantes@berryperkins.com

Peter D. Raymond, Esq. (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

Attorneys for Defendant and Counterclaimant,
MILLENNIUM IMPORT LLC

*E-filed 3/23/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM IMPORT LLC,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.  C 05-4625 JW HRL<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S SECOND MOTION FOR AN ORDER COMPELLING DISCOVERY**<br><br>**Date:  March 27, 2007**<br>**Time:  10:00 a.m.** |

1    Plaintiff Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P. ("Plaintiff") and
2 defendant Millennium Import LLC ("Millennium"), by and through their respective counsel of
3 record, enter into the stipulation set forth below in recognition of the following:
4    A.   On or about January 30, 2007, Plaintiff filed a Second Motion for An Order
5 Compelling Discovery ("Motion") which was originally scheduled to be heard on March 13,
6 2007. The parties previously stipulated, and this Court ordered, that the hearing on the Motion be
7 continued to March 20, 2007, and subsequently to March 27, 2007, to permit the parties to
8 continue their meet and confer efforts.
9    B.   The parties have continued to meet and confer regarding the issues raised by
10 Plaintiff in its Motion, and have resolved the disputes raised by the Motion.
11    ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
12    That the Plaintiff's Second Motion for an Order Compelling Discovery shall be
13 withdrawn and the hearing on the Motion scheduled for March 27, 2007, at 10:00 a.m. be taken
14 off calendar.
15    It is so STIPULATED.

16 DATED:  March 23, 2007                                    Respectfully submitted,

17                                                          REED SMITH LLP
                                                            Peter D. Raymond, Esq.
18                                                          (*Pro Hac Vice*)

19                                                          BERRY & PERKINS
                                                            A Professional Corporation
20                                                          James H. Berry, Jr.
                                                            Kevin R. Lussier
21
                                                            By: **/s/Kevin R. Lussier**
22                                                               Kevin R. Lussier
                                                                 Attorneys for Defendant and
23                                                               Counterclaimant
                                                                 MILLENNIUM IMPORT LLC
24

25

26

27

28

- 2 -                                                                     **C 05-4625 JW HRL**

**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S SECOND MOTION FOR
AN ORDER COMPELLING DISCOVERY**

DATED:  March 23, 2007

Respectfully submitted,

HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.
*By its Attorneys, Appearing Pro Hac Vice,*

BROMBERG & SUNSTEIN LLP

By:  **/s/Erik Paul Belt**
Erik Paul Belt
Maureen K. Toohey (State Bar #196401)
Peter J. Karol
Rebecca L. Hanovice
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel.: (617) 443-9292
Fax: (617) 443-0004
E-mail: ebelt@bromsun.com

*Co-Counsel*
Howard A. Slavitt (State Bar #172840)
Rachel G. Cohen (State Bar #218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel.: (415) 391-4800
Fax: (415) 989-1663
E-mail: hslavitt@coblentzlaw.com

## **ORDER**

Good cause appearing for the above stipulation, it is so ORDERED, and Plaintiff's Second Motion for an Order Compelling Discovery is withdrawn and the hearing on the Motion scheduled for March 27, 2007, at 10:00 a.m. is taken off calendar.

DATED:  March 23, 2007

_____
THE HONORABLE HAROLD R. LLOYD
United States Magistrate Judge