IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hambrecht Wine Group, L.P., | NO. C 05-04625 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Millennium Import LLC, | |
| Defendant. | |

This case was scheduled for a preliminary pretrial conference on April 16, 2007.  The Court vacates the preliminary pretrial conference until further notice pending the issuance of its Order on the parties' cross-motions for summary judgment.

Dated:  April 11, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clinton Lynn Todd ctodd@coblentzlaw.com
Erik Paul Belt ebelt@bromsun.com
Howard A. Slavitt EfilingHAS@cpdb.com
James H. Berry jberry@berryperkins.com
Kerry L. Timbers ktimbers@bromsun.com
Kevin Richard Lussier klussier@berryperkins.com
Maureen Katherine Toohey mtoohey@bromsun.com
Peter Jeffrey Karol pkarol@bromsun.com
Rachel Georgia Cohen rgc@cpdb.com
Rebecca Lea Hanovice rhanovice@bromsun.com

**Dated: April 11, 2007**              **Richard W. Wieking, Clerk**

                                        **By: /s/ JW Chambers**
                                        **Elizabeth Garcia**
                                        **Courtroom Deputy**