*E-filed 5/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

No. C 05-04625 JW (HRL)

HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.,

    Plaintiff,

 v.

MILLENNIUM IMPORT LLC,

    Defendant.
_____

MILLENNIUM IMPORT LLC,

    Counterclaimant,

 v.

HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

    Counterdefendant
_____/

**ORDER RE: SEALING REQUESTS**

Re: Docket Nos. 29, 183, 247

    This order addresses several unresolved requests to file under seal documents related to past discovery motions.

Docket 29

    Plaintiff requested to file under seal several documents designated confidential by defendant. According to Civil Local Rule 79-5(d), if defendant wants these documents to

1  remain under seal, defendant must file a declaration establishing their confidentiality.
2  Apparently, no such declaration was filed with respect to Exhibits B, C, F, G, K, X, Y, and AA
3  to the Toohey Declaration in support of Plaintiff's First Motion to Compel Discovery.  No later
4  than May 30, 2007, defendant must either (1) file a declaration establishing the confidentiality
5  of these documents pursuant to Federal Rule of Civil Procedure 26(c), or (2) withdraw the
6  confidentiality designation and file the exhibits electronically in the public record.

<u>Docket No. 183</u>

After plaintiff requested to file under seal several exhibits to the Hanovice Declaration in support and the unredacted version of its Second Motion to Compel, defendant submitted a declaration establishing that Exhibits D, E, H and K qualify for protection under Rule 26(c) (see Docket No. 189).  Therefore, the court hereby grants the request to file those exhibits, and the unredacted version of the motion, under seal.  Defendant's declaration did not address Exhibit B to the Hanovice Declaration.  No later than May 30, 2007, defendant must either (1) file a declaration establishing the confidentiality of this document pursuant to Federal Rule of Civil Procedure 26(c), or (2) withdraw the confidentiality designation and file the exhibit electronically in the public record.

<u>Docket No. 247</u>

Plaintiff requested to file under seal several exhibits to the Hanovice Declaration and the Lyons Declaration in support of its Reply in support of its Second Motion to Compel (Exs. R, V, W, to Hanovice Decl.; Exs. 1, 2 to Lyons Decl.)  Apparently, the exhibits were designated confidential by defendant but it has not filed any declaration in support of this sealing request. No later than May 30, 2007, defendant must either (1) file a declaration establishing the confidentiality of these documents pursuant to Federal Rule of Civil Procedure 26(c), or (2) withdraw the confidentiality designation and file the exhibits electronically in the public record.

IT IS SO ORDERED.

Dated:  5/16/07                                    /s/  Howard R. Lloyd
                                                   HOWARD R. LLOYD
                                                   UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Erik Paul Belt ebelt@bromsun.com, idiaz@bromsun.com

James H. Berry , Jr jberry@berryperkins.com, ddiederich@berryperkins.com

Rachel Georgia Cohen rgc@cpdb.com, kmm@cpdb.com

Philip L. Gregory pgregory@cpmlegal.com, jacosta@cpmlegal.com

Rebecca Lea Hanovice rhanovice@bromsun.com, cpoole@bromsun.com

Peter Jeffrey Karol pkarol@bromsun.com, ecoombs@bromsun.com

Kevin Richard Lussier klussier@berryperkins.com,

Howard A. Slavitt EfilingHAS@cpdb.com, pxm@cpdb.com

Kerry L. Timbers ktimbers@bromsun.com, idiaz@bromsun.com

Clinton Lynn Todd ctodd@coblentzlaw.com, pxd@cpdb.com

Maureen Katherine Toohey mtoohey@bromsun.com, jortiz@bromsun.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Date:    5/16/07                              /s/  JMM
                                       Chambers of Magistrate Judge Howard R. Lloyd