James H. Berry, Jr. (Cal. SBN 75834)
Kevin R. Lussier (Cal. SBN 143821)
**BERRY & PERKINS**
A Professional Corporation
2040 Century Park East, Suite 950
Los Angeles, CA 90067-3134
Telephone: (310) 557-8989
Facsimile: (310) 788-0080
E-Mail: jberry@berryperkins.com;
klussier@berryperkins.com

Joseph W. Cotchett (Cal. SBN 36324)
Philip E. Gregory (Cal. SBN 95217)
Barbara L. Lyons (Cal. SBN 173548)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-Mail: jcotchett@cpmlegal.com;
pgregory@cpmlegal.com;
blyons@cpmlegal.com

Attorneys for Defendant and Counterclaimant
**MILLENNIUM IMPORT LLC**

*[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **HAMBRECHT WINE GROUP, L.P.**, d/b/a **BELVEDERE WINERY, L.P.**, <br><br> Plaintiff, <br><br> v. <br><br> **MILLENNIUM IMPORT LLC**, <br><br> Defendant. <br><br> **AND RELATED CROSS-ACTION** | Case No. C 05-4625 JW HRL <br><br> **STIPULATION AND [PROPOSED] ORDER RE. STATUS CONFERENCE DATE** |

---

1  WHEREAS, this matter originally was set for a Status Conference on May 21,
2  2007 at 9:00 a.m.;
3  WHEREAS, the parties have jointly filed a Joint Status Conference Statement;
4  WHEREAS, pursuant to a letter request of Defendant, to which Plaintiff
5  stipulated, by order dated May 17, 2007, this Court continued the status conference to
6  June 11, 2007 at 10:00 a.m.;
7  WHEREAS, counsel for Defendant are not available on June 11, 2007, at 10 a.m.;
8  WHEREAS, Plaintiff and Defendant have mutually agreed to a new status
9  conference date and respectfully request that this Court adopt the new date for the status
10 conference; however, Plaintiff's stipulation is based on the following condition: if June
11 7th is not available, that the parties attend the status conference on the June 11th date.
12 Plaintiff respectfully requests that the Court hold the June 11th date if June 7th is not
13 available;
14 WHEREAS, this requested time modification will have no effect on the schedule
15 for the case;
16 NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties,
17 by and through their counsel of record:
18 The Status Conference currently scheduled for June 11, 2007 at 10:00 a.m. be reset
19 to **June 7, 2007 at 9:30 a.m.**, Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose,
20 California.

22 DATED: May 21, 2007.         **BROMBERG & SUNSTEIN LLP**

                              By:        /s/
                                 ERIK PAUL BELT
                                 Attorneys for Plaintiff and Counterdefendant
                                 **HAMBRECHT WINE GROUP, L.P.**

1 DATED: May 21, 2007. **COTCHETT, PITRE & McCARTHY**

3 By: /s/
PHILIP L. GREGORY
4 Attorneys for Defendant and Counterclaimant
**MILLENIUM IMPORT LLC**

ORDER

Based on the stipulation of the parties, the Status Conference currently scheduled for June 11, 2007 at 10:00 a.m. be reset to **June 7, 2007 at 9:30 a.m.** [11 AM], Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

The parties shall file a joint status report by June 1, 2007.

Dated: May 24, 2006

HON. JAMES WARE
United States District Court Judge