1 | COUNSEL LISTED ON LAST PAGE

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., | Case No. C 05-4625 JW HRL |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| MILLENNIUM IMPORT LLC, | |
| Defendant. | |
| MILLENNIUM IMPORT LLC, | |
| Counterclaimant, | |
| vs. | |
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., | |
| Counter-defendant | |

Case No. C 05-4625 JW HRL
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**

The Parties, having reached a full and final settlement of this action and of all claims and counterclaims therein in their entirety, hereby stipulate that this action shall be, and is by this stipulation, dismissed with prejudice in its entirety, including as to all parties, named and unnamed, and as to all claims and counterclaims. The Parties shall each bear their respective costs and attorneys' fees. The parties waive all rights of appeal.

**SO STIPULATED.**

| | |
|---|---|
| Dated: July 17, 2007 | Dated: July 17, 2007 |
| PLAINTIFF HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.<br>By its Attorneys, | DEFENDANT MILLENNIUM IMPORT LLC<br>By its Attorneys, |
| /s/ *Erik P. Belt* | /s/ *Joseph W. Cotchett* |
| Appearing *Pro Hac Vice,*<br>Erik Paul Belt<br>Peter J. Karol<br>Rebecca L. Hanovice<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-0004<br>E-mail: ebelt@bromsun.com | Joseph W. Cotchett (State Bar No. 36324)<br>Philip L. Gregory (State Bar No. 95217)<br>Barbara L. Lyons (State Bar No. 173548)<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:    (650) 697-6000<br>Facsimile:     (650) 697-0577<br>Email: pgregory@cpmlegal.com<br>Email: blyons@cpmlegal.com |
| Co-Counsel<br>Frederick S. Fields (State Bar #036354)<br>Howard A. Slavitt (State Bar # 172840)<br>Rachel G. Cohen (State Bar # 218929)<br>COBLENTZ, PATCH, DUFFY & BASS, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA  94111-4213<br>Telephone:    (415) 391-4800<br>Facsimile:     (415) 989-1663<br>E-mail: rcohen@coblentzlaw.com | Co-Counsel<br>James H. Berry, Jr. (State Bar No. 075834)<br>Kevin R. Lussier (State Bar No. 143821)<br>BERRY & PERKINS<br>A Professional Corporation<br>2049 Century Park East, Suite 950<br>Los Angeles, California 90067-3134<br>Telephone:    (310) 557-8989<br>Facsimile:     (310) 788-0080<br>Email: jberry@berryperkins.com<br>Email: klussier@berryperkins.com |

**1**  [PROPOSED] ORDER

**2**  GOOD CAUSE APPEARING THEREFOR, and based on the Parties' stipulation, it is

**3**  hereby ORDERED that this action is dismissed with prejudice in its entirety.

**4**

**5**  Dated: July 17, 2007

**6**  _____

**7**  UNITED STATES DISTRICT JUDGE

Case No. C 05-4625 JW HRL
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**