*Appearing Pro Hac Vice:*
ERIK PAUL BELT
MAUREEN K. TOOHEY (State Bar # 196401)
PETER J. KAROL
REBECCA L. HANOVICE
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004
Email:  ktimbers@bromsun.com
        ebelt@bromsun.com
        pkarol@bromsun.com
        rhanovice@bromsun.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
CLINTON L. TODD (State Bar #218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:     (415) 391-4800
Facsimile:     (415) 989-1663
Email:  hslavitt@coblentzlaw.com
        rcohen@coblentzlaw.com

Attorneys for Plaintiff
HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

*E-filed 8/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION | **CASE NO.:  C 05-4625 JW HRL** <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> **[CIV. LOCAL RULES 7-11, 79-5]** <br><br> Re: Docket No. 29 |

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

1   In conjunction with Plaintiff's Motion For An Order Compelling Discovery in this matter,
2   Plaintiff filed a Motion for Administrative Relief To File Documents Under Seal with respect to certain
3   documents and deposition testimony designated, and/or presumed, "confidential" pursuant to the
4   Stipulated Protective Order in this case. Based upon this motion and the Declaration filed by Defendant
5   Millennium Import LLC pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore,
6   Plaintiff's Motion for Administrative Relief to File Documents Under Seal is GRANTED with respect
7   to the following documents:

- Exhibits Y and AA to the Declaration of Maureen K. Toohey.

IT IS SO ORDERED.

Dated: ____8/13____ 2007

_____
Hon. Howard R. Lloyd
Magistrate Judge, United States District Court

12309.001.481126v1

CASE NO. C 05-4625 JW HRL
**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**

1