*E-filed 8/13/07*

*Appearing Pro Hac Vice:*
ERIK PAUL BELT
MAUREEN K. TOOHEY (State Bar # 196401)
PETER J. KAROL
REBECCA L. HANOVICE
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
CLINTON L. TODD (State Bar #218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   (415) 391-4800
Facsimile:   (415) 989-1663
Email: hslavitt@coblentzlaw.com
       rcohen@coblentzlaw.com

Attorneys for Plaintiff
HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM IMPORT LLC, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION | **CASE NO.: C 05-4625 JW HRL** <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> [CIV. LOCAL RULES 7-11, 79-5] <br><br> Re: Docket No. 183 |

In conjunction with Plaintiff Hambrecht Wine Group, L.P., d/b/a Belvedere Winery, L.P.'s ("Plaintiff" or "Belvedere Winery") Second Motion for an Order Compelling Discovery, Belvedere Winery filed a Motion for Administrative Relief To File Documents Under Seal ("Motion") with respect to certain documents and deposition testimony designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order in this case. Based upon this Motion and all papers submitted in support, and good cause appearing therefore, Belvedere Winery's Motion for Administrative Relief to File Documents Under Seal is GRANTED with respect to the following documents:

1. Rebuttal Report of Leonard H. Lyons, January 12, 2007, attached as Exhibit B to the January 30, 2007, Declaration of Rebecca Hanovice in Support of Belvedere Winery's Notice of Motion and Second Motion for an Order Compelling Discovery ("Declaration");

**IT IS SO ORDERED.**

Date: 8/13/07

_____
Hon. Howard R. Lloyd
U.S. District Court Magistrate Judge

BROMBERG & SUNSTEIN LLP
125 SUMMER STREET, BOSTON, MA, 02110
(617) 443-9292 • FAX (617) 443-0004