*Appearing Pro Hac Vice:*
ERIK PAUL BELT
MAUREEN K. TOOHEY (State Bar # 196401)
PETER J. KAROL
REBECCA L. HANOVICE
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004
Email: ebelt@bromsun.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
CLINTON L. TODD (State Bar #218670)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:     (415) 391-4800
Facsimile:     (415) 989-1663
Email: hslavitt@coblentzlaw.com
             rcohen@coblentzlaw.com

Attorneys for Plaintiff
HAMBRECHT WINE GROUP, L.P. d/b/a
BELVEDERE WINERY, L.P.

*E-filed 8/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBRECHT WINE GROUP, L.P. d/b/a BELVEDERE WINERY, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM IMPORT LLC,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | **CASE NO.:  C 05-4625 JW HRL**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**<br><br>**[CIV. LOCAL RULES 7-11, 79-5]**<br><br>Re: Docket No. 247 |

In conjunction with Plaintiff Hambrecht Wine Group, L.P., d/b/a Belvedere Winery, L.P.'s ("Plaintiff" or "Belvedere Winery") Reply in Further Support of its Second Motion for an Order Compelling Discovery, Belvedere Winery filed a Motion for Administrative Relief To File Documents Under Seal ("Motion") with respect to certain documents and deposition testimony designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order in this case.  Based upon this Motion and all papers submitted in support, and good cause appearing therefor, Belvedere Winery's Motion for Administrative Relief to File Documents Under Seal is GRANTED with respect to the following documents:

1. January 18, 2007, F. Stephen Gill deposition transcript, page 55, attached as Exhibit R to the Supplemental Declaration of Rebecca L. Hanovice ("Supp. Decl.") filed concurrently with Plaintiff's Reply brief;

2. January 18, 2007, Edward J. Phillips deposition transcript, page 36, attached as Exhibit V to the Supp. Decl.;

3. Deposition Exhibit 1130 to the January 18, 2007, deposition of Edward J. Phillips, labeled with control numbers MILLENNIUM05609-5623-A, attached as Exhibit W to the Supp. Decl.;

4. Excerpts from MILLENNIUM07233-7261, attached as Exhibit 1 to the Declaration of Leonard H. Lyons ("Lyons Decl.") filed concurrently with Plaintiff's Reply brief; and

5. Excerpts from MILLENNIUM07097-7221, attached as Exhibit 2 to the Lyons Decl.

IT IS SO ORDERED.

Dated: _____8/13/07_____ 2007

_____
Hon. Howard R. Lloyd
United States Magistrate Judge for the
Northern District of California

02941/00501  629404.1

1   CASE NO. C 05-4625 JW HRL
**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL**